# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALBERTO TROCHE,**

    **Plaintiff,**

**v.**                                                    Case No:   6:14-cv-419-Orl-22KRS

**CITY OF ORLANDO and PETER DELIO,**

    **Defendants.**

## ORDER

This cause is before the Court on Plaintiff's Motion for Attorneys' Fees and Costs (Doc. No. 36) filed on November 18, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed January 28, 2015 (Doc. No. 50), is ADOPTED and CONFIRMED and made a part of this Order.

2.     The Plaintiff's Motion for Attorneys' Fees and Costs is hereby GRANTED in part and DENIED in part.

3.     Defendants are directed to pay Plaintiff $25,260.00 in attorneys' fees.

**DONE** and **ORDERED** in Orlando, Florida on February 13, 2015.

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties